# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC HUBBARD, | : | CIVIL ACTION NO. 3:20-2233 |
| Petitioner | : | |
| v. | : | (JUDGE MANNION) |
| WARDEN ERIC BRADLEY, | : | |
| Respondent | : | |

# ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Hubbard's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Hubbard's motion for appointment of counsel and to certify class (Doc. 7) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  September 23, 2021
20-2233-01-Order